UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BONNIE KRAMER, et al.,** | ) | **CASE NO. 1:06CV2889** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **PORT HOSPITALITY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

This matter comes before the Court upon the Motion of Plaintiffs, Bonnie Kramer and Disabled Patriots of America, Inc., for Attorney Fees and Costs. (ECF DKT # 26). This motion was referred to the Magistrate Judge for a Report and Recommendation. On April 28, 2008, the Magistrate Judge recommended that Plaintiffs be awarded an aggregate sum of $28,431.50 for attorneys' fees, expert's fees, and the costs and expenses of litigation.

Fed. R. Civ. P. 72(b) provides that Objections to a Report and Recommendation must be filed within ten days after service; but neither party has filed any such Objections. Therefore, the Court must assume the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use

of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140 (1985). "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Id.* at 150.

Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in full; and Plaintiffs' Motion for Attorney Fees and Costs is GRANTED in the amount of $28,431.50.

**IT IS SO ORDERED.**

DATE: 5/16/08

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge